**EXHIBIT "A"**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEGGY ROIF ROTSTAIN, GUTHRIE ABBOTT, CATHERINE BURNELL, STEVEN QUEYROUZE, JAIME ALEXIS ARROYO BORNSTEIN, and JUAN C. OLANO, on behalf of themselves and all others similarly situated, | § § § § § § § § | |
| *Plaintiffs,* | § § | Civil Action No. _____ |
| v. | § § § | JURY TRIAL DEMANDED |
| TRUSTMARK NATIONAL BANK, HSBC BANK PLC, THE TORONTO-DOMINION BANK, SG PRIVATE BANKING (SUISSE) S.A., and BANK OF HOUSTON, | § § § § § § § | |
| *Defendants.* | § | |

**EXHIBIT "A"**
**INDEX OF MATTERS BEING FILED**

1. Docket Sheet from Cause No. 2009-53845; *Peggy Roif Rotstain, et al. v. Trustmark National Bank, et al.*; in the 129th Judicial District Court of Harris County, TX
2. Certified copy of Original Petition from Cause No. 2009-53845; *Peggy Roif Rotstain, et al. v. Trustmark National Bank, et al.*; in the 129th Judicial District Court of Harris County, TX
3. Certified copy of First Amended Petition from Cause No. 2009-53845; *Peggy Roif Rotstain, et al. v. Trustmark National Bank, et al.*; in the 129th Judicial District Court of Harris County, TX
4. List of Counsel of Record
5. Returns of Service on file with the State Court Clerk.

*The State Court has not entered any Orders.