United States District Court
Southern District of Texas
**ENTERED**
February 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GUTHRIE ABBOTT, *et al.*, § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-00800 |
| § | |
| THE TORONTO-DOMINION BANK, *et al.*, § § § | |
| Defendants. § | |

**ORDER GRANTING AGREED MOTION TO STAY PROCEEDINGS AGAINST SOCIETE GENERALE PRIVATE BANKING (SUISSE), S.A. AND BLAISE FRIEDLI (ONLY) PENDING APPROVAL OF SETTLEMENT**

Before the Court is the Plaintiffs', Plaintiff-Intervenor's, Defendant Société Générale Private Banking (Suisse), S.A.'s ("SG Suisse"), and Defendant Blaise Friedli's (together with SG Suisse, the "SG Defendants") Agreed Motion to Stay Proceedings Against Société Générale Private Banking (Suisse), S.A. and Blaise Friedli (Only) Pending Approval of Settlement by the MDL Court (Dkt. No. 1435). Having reviewed the Motion and the file, the Court is of the opinion that the Motion should be, and it is hereby GRANTED.

It is therefore ORDERED that all further proceedings against the SG Defendants in this action are hereby STAYED pending further Order of this Court. OSIC and the SG Defendants are directed to report to the Court promptly once the settlement has received final approval in the MDL Court and a motion to dismiss with prejudice against the SG

Defendants in this action can be filed pursuant to the terms of the settlement agreement. Further, OSIC and the SG Defendants shall provide a status update concerning the status of seeking final approval of the settlement no less than every one-hundred eighty days until the settlement is finally approved.

    It is so ORDERED.

    SIGNED on February 21, 2023, at Houston, Texas.

                                            Kenneth M. Hoyt
                                            United States District Judge