IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 28 2023

Nathan Ochsner, Clerk of Court

PEGGY ROIF ROTSTAIN, et al.,
Plaintiffs

vs.                                          Case No 4:22-cv-00800

TRUSTMARK NATIONAL BANK, et al.,
Defendants

**NOTICE OF ROBERT ALLEN STANFORD'S WRITTEN OBJECTION TO PROPOSED SETTLEMENT AGREEMENT BETWEEN CERTAIN PARTIES IN THE "*ROTSTAIN LITIGATION*" PROCEEDING, AND REQUEST TO APPEAR, NOW PENDING IN THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

TO: HONORABLE KENNETH M. HOYT, U.S. DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

Robert Allen Stanford, proceeding *pro se*, hereby submits Notice of the Written Objection he has filed in the **'main action'** case, *Securities and Exchange Commission v. Stanford International Bank, Ltd.*, Case No. 3:09-cv-00298-N (N.D. Tex.), where the Proposed Settlement Agreement between certain of the parties in the *'Rotstain Litigation'* is now pending in the Northern District of Texas, Dallas Division, before Chief U.S. District Judge David C. Godbey. **(Doc. 3225)**

1

In this Written Objection Mr. Stanford provides the Dallas District Court with reasoning, of a jurisdictional nature, why the Proposed Settlement Agreement between certain of the parties in the *"Rotstain Litigation"* should be regarded as baseless and moot, and why it and all other Stanford-related litigation should be summarily dismissed with prejudice.

Specifically, while Mr. Stanford provides the Dallas District Court with numerous legal reasons to dismiss the **'main action'** case, in its entirety, in the instant Settlement Agreement proceeding he focuses Judge Godbey's attention on the unlawful (*'ultra vires'*) activity of the Receiver, Ralph S. Janvey; the legally unauthorized actions taken by him on February 17, 2009, that served to both confirm the SEC's **'improper forum manipulation'**, and divested the Dallas District Court of jurisdiction over the **'main action'** case, and all other Stanford-related litigation flowing from that case, from February 17, 2009 forward, including the *'Rotstain Litigation'*.

Ralph S. Janvey, and his (Baker Botts) counsel, Kevin M. Sadler, are currently intervenor/parties in the *'Rotstain Litigation'* on behalf of the Official Stanford Investors Committee (OSIC).

In conjunction with his Written Objection, Mr. Stanford also requests a Court Order permitting him to appear and give voice to his objections at the Final Approval Hearing, scheduled for May 3, 2023, via the electronic audio/video connection which is available at his place of confinement.

2

Date February 15, 2023

Respectfully submitted,

*Robert Allen Stanford*

Robert Allen Stanford, *pro se*

Reg. # 35017-183

FCC Coleman USP II

P.O. Box 1034

Coleman, Florida 33521

## Certificate of Service

I, Robert Allen Stanford, proceeding *pro se* do hereby certify that on this 15th day of February 2023, I provided copies of this 'Notice of Written Objection' to the U.S. Securities and Exchange Commission, and all other parties identified in the Dallas Court's Scheduling Order, (Doc. 3220).

*Robert Allen Stanford*

Robert Allen Stanford, *pro se*

ROBERT ALLEN STANFORD
35017-183
P.O. BOX 1034
COLEMAN, FL. 33521

United States Courts
Southern District of Texas
FILED

FEB 28 2023

Nathan Ochsner, Clerk of Court

MIAMI FL 330
15 FEB 2023 PM 4 L

CLERK OF THE COURT
U.S. DISTRICT COURT
515 RUSK STREET
HOUSTON, TX
77002

#3516

77002-262399